GILBERT R. SEROTA (No. 75305)
Email: gserota@howardrice.com
JEREMY T. KAMRAS (No. 237377)
Email: jkamras@howardrice.com
SIMONA A. AGNOLUCCI (No. 246943)
Email: sagnolucci@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:   415/434-1600
Facsimile:    415/217-5910

Attorneys for Plaintiffs
PETER FORTENBAUGH AND BETTY LEE,
IN THEIR CAPACITY AS TRUSTEES OF
THE PETER FORTENBAUGH TRUST, A
CALIFORNIA TRUST

*E-FILED - 10/10/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETER FORTENBAUGH and BETTY LEE, in their capacity as Trustees of THE PETER FORTENBAUGH TRUST, a California Trust,<br><br>Plaintiffs,<br><br>v.<br><br>CLASSICSTAR FINANCIAL SERVICES, INC., a Delaware Corporation, GEOSTAR CORPORATION, a Delaware Corporation, GEOSTAR FINANCIAL SERVICES CORPORATION, a Delaware Corporation, TONY FERGUSON, an individual, and DOES 1 through 30, inclusive,<br><br>Defendants. | No. C08-03898-RMW<br><br>Action Filed: April 24, 2007<br><br>Action Removed to this Court: August 14, 2008<br><br>**PLAINTIFF'S AND DEFENDANTS' STIPULATION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR REMAND<br>AND ORDER**<br><br>Date:         October 31, 2008<br>Time:        9 a.m.<br>Courtroom: 6<br>Judge:       Hon. Ronald M. Whyte<br><br>Trial Date:  TBD |

WHEREAS, on September 12, 2008, Plaintiffs Peter Fortenbaugh and Betty Lee, in their capacity as Trustees of The Peter Fortenbaugh Trust, a California Trust (collectively, "Plaintiffs") filed a Motion to Remand the above-referenced action to Santa Clara County Superior Court (*see* Docket No. 16);

WHEREAS, the Court set the hearing date for the aforementioned Motion to Remand for October 31, 2008 at 9:00 a.m. (*see* Docket No. 19);

WHEREAS, on October 6, 2008, Defendants ClassicStar Financial Services, Inc., a Delaware Corporation, GeoStar Corporation, a Delaware Corporation, GeoStar Financial Services Corporation, a Delaware Corporation, and Tony Ferguson, an individual, (collectively, "Defendants," and with the Plaintiffs, "the Parties") filed their Opposition to the Plaintiffs' Motion to Remand ("Opposition") (*see* Docket No. 24);

WHEREAS, good cause exists for a one week extension because the response raises serious issues and because lead counsel for Plaintiffs will not be available on several days this week;

WHEREAS, the Parties have conferred, and have agreed that if this Court so orders, the Plaintiffs will file their Reply to the Defendants' Opposition on or before October 17, 2008;

WHEREAS, if the Plaintiffs are permitted to file their Reply to the Defendants' Opposition on October 17, 2008, this Court will have received the Reply fourteen days before the October 31, 2008, as contemplated by Local Rule 7.3(c);

NOW, THEREFORE, the Parties HEREBY STIPULATE AND AGREE that good cause exists for an order permitting Plaintiffs to file their Reply to the Defendants' Opposition on or before October 17, 2008.

By her signature below, counsel for Plaintiffs attests that counsel for Defendants concurred in the filing of this document.

IT IS SO STIPULATED AND AGREED:

DATED: October 7, 2008.

Respectfully,

GILBERT R. SEROTA
JEREMY T. KAMRAS
SIMONA A. AGNOLUCCI
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By: _____/s/_____
    SIMONA A. AGNOLUCCI

Attorneys for Plaintiffs PETER FORTENBAUGH and BETTY LEE, in their capacity as Trustees of THE PETER FORTENBAUGH TRUST, a California Trust

DATED: October 7, 2008.

Respectfully,

FRED BLUM
RUBEN P. RUIZ
BASSI, MARTINI, EDLIN & BLUM LLP

By: _____/s/_____

Attorneys for Defendants CLASSICSTAR FINANCIAL SERVICES, INC., a Delaware Corporation, GEOSTAR CORPORATION, a Delaware Corporation, GEOSTAR FINANCIAL SERVICES CORPORATION, a Delaware Corporation, and TONY FERGUSON, an individual

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: October 10, 2008

*Ronald M. Whyte*
Judge Ronald M. Whyte
United States District Judge

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*